BRENDAN MCCARTHY
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Brendan.McCarthy@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16- 98 -BLG-SPW |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE MARIHUANA** (Count I) Title 21 U.S.C. § 846 (Penalty: 20 years imprisonment, $1,000,000 fine, and at least three years supervised release) |
| DAVID RICHARD MAPLES, | |
| Defendant. | |
| | **POSSESSION WITH INTENT TO DISTRIBUTE MARIHUANA** (Count II) Title 21 U.S.C. § 841(a)(1) (Penalty: 20 years imprisonment, $1,000,000 fine, and at least three years supervised release) |
| | **FORFEITURE** 21 U.S.C. § 853 |

1

|  | **TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That beginning in approximately June of 2015 and continuing until on or about June 28, 2016, at Bozeman, in the State and District of Montana, the defendant, DAVID RICHARD MAPLES, knowingly and unlawfully conspired and agreed with other persons, both known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), marihuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That on or about on or about June 28, 2016, at Bozeman, in the State and District of Montana, the defendant, DAVID RICHARD MAPLES, knowingly possessed, with the intent to distribute, marihuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts I and II of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

2

2. Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841 and 846, the defendant, DAVID RICHARD MAPLES, shall forfeit to the United States of America any property constituting and derived from any proceeds obtained, directly and indirectly, as the result of such offenses and any property used and intended to be used, in any manner and part, to commit and to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following:

- PERSONAL PROPERTY
    - Approximately $19,369 in United States Currency.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

///

A TRUE BILL.

FOREPERSON SIGNATURE REDACTED.
_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: X _____
Bail: _____