IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
OCT 18 2016
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID RICHARD MAPLES, <br><br> Defendant. | CR 16-98-BLG-SPW <br><br> ORDER |

Upon the United States' unopposed Motion to Move case to the Butte Division (Doc. 11), and good cause appearing,

IT IS HEREBY ORDERED that the motion to move this case to the Butte Division is **GRANTED**. The Clerk of Court is directed to transfer the case to the Butte Division.

IT IS FURTHER ORDERED that the trial in this matter set for December 5, 2016 is **VACATED** in the Billings Division.

DATED this 18th day of October, 2016.

Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge

1