BRENDAN McCARTHY
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 2nd Avenue North, Ste. 3200
Billings, MT 59101
Phone:    (406) 657-6101
FAX:      (406) 657-6989
E-Mail:   Brendan.McCarthy@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID RICHARD MAPLES,<br><br>Defendant. | CR 16-22-BU-DLC<br><br>NOTICE OF WITNESS TESTIMONY FOR SENTENCING |
|---|---|

The United States of America provides the Court and counsel with notice that it will present the testimony of DEA Special Agent Bryan Fillinger at the sentencing currently scheduled for February 27, 2017.   Agent Fillinger will testify

1

as to the quantity of hash oil found in the defendant's residence on the date of the search.

    DATED this 10th day of February, 2017.

                      MICHAEL W. COTTER
                      United States Attorney

                      */s/ Brendan McCarthy*
                      BRENDAN McCARTHY
                      Assistant U. S. Attorney