

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–22–BU–DLC |
| Plaintiff, |  |
| vs. | ORDER |
| DAVID RICHARD MAPLES, |  |
| Defendant. |  |

Before the Court is Defendant David Richard Maples's Motion for Early Termination of Supervision (Doc. 36). The United States has not filed a brief in opposition to this Motion. On February 17, 2017, Maples was sentenced to three years of probation after he pleaded guilty to possession with intent to distribute marijuana in violation of 21 U.S.C. § 841(a)(1). (Doc. 31.) Maples's probationary term began that day. Maples requests early termination of his supervised release before its automatic termination on February 17, 2020.

Federal law provides that a court may "terminate a term of supervised release . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In determining whether to

terminate a term of supervised release, a court shall consider the factors set forth in 18 U.S.C. § 3553(a). 18 U.S.C. § 3564.

Here, "the history and characteristics of the defendant" counsel in favor of granting Maples's motion. 18 U.S.C. § 3553(a)(1). Maples has completed over two-thirds of his term of supervised release. He has secured stable housing and employment. Maples has successfully complied with all conditions of his probation; indeed, his performance on probation has already resulted in the removal of a previously imposed condition. The Court is convinced that the interests of justice and, particularly, Maples's success to date justify early termination of probation. Accordingly,

IT IS ORDERED that Maples's Motion (Doc. 36) is GRANTED. The term of supervised released imposed by the February 17, 2017 Judgment is TERMINATED as of the date of this Order. Maples is hereby DISCHARGED from the sentence of supervised release in this case.

DATED this 11th day of March, 2019.

Dana L. Christensen, Chief Judge
United States District Court